Nos. 23-10008, 23-10536, and 23-10836

In the

# United States Court of Appeals
## for the Fifth Circuit

CHARLENE CARTER,

*Plaintiff-Appellee/Cross-Appellant*,

v.

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA;
SOUTHWEST AIRLINES CO.,

*Defendants-Appellants/Cross-Appellees*.

CHARLENE CARTER,

*Plaintiff-Appellee*,

v.

SOUTHWEST AIRLINES CO.,

*Defendant-Appellant*.

On Appeal from the United States District Court for the
Northern District of Texas, No. 3:17-cv-02278-X,
Hon. Brantley Starr, *United States District Judge*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
OPENING BRIEF AND RECORD EXCERPTS**

Paulo B. McKeeby
Brian K. Morris
REED SMITH LLP
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201

Andrew B. Ryan
RYAN LAW PARTNERS LLP
3811 Turtle Creek Blvd., Ste. 780
Dallas, TX 75219

Shay Dvoretzky
 *Counsel of Record*
Parker Rider-Longmaid
Steven Marcus
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellant Southwest Airlines Co.*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
OPENING BRIEF AND RECORD EXCERPTS**

Defendant-Appellant Southwest Airlines Company respectfully requests a 30-day extension of the deadline to file its opening brief and record excerpts, up to and including Thursday, October 12, 2023, in the cross-appeals, Case Nos. 23-10008 and 23-10536, as well as the contempt appeal, Case No. 23-10836, if that case is consolidated with the cross-appeals. *See* Fed. R. App. P. 26(a), (b), 27; 5th Cir. R. 31.4; Case No. 23-10008, ECF No. 74 (requesting cross-appeals to be consolidated with contempt appeal). Southwest's opening brief and record excerpts are currently due September 12, 2023, in the cross-appeals, Case Nos. 23-10008 and 23-10536. Case No. 23-10008, ECF No. 71. The Court has not yet set a briefing schedule for the contempt appeal, Case No. 23-10836, which arises from a contempt order resting on the judgment at issue in the merits appeals and which Southwest has asked the Court to consolidate with the merits appeal. This Level 1 extension is Southwest's first extension request. *See* 5th Cir. R. 31.4.3.1. Counsel for Southwest has conferred with counsel for Plaintiff-Appellee Charlene Carter and counsel for Defendant-Appellant Local 556, Transport Workers Union of America (Local 556). Local 556 joins in this extension request and asks that it also

- 1 -

apply to Local 556's opening brief in the cross-appeals. Carter does not oppose the requested extension.

Three reasons supply good cause for the requested extension. *See* 5th Cir. R. 31.4; Fed. R. App. P. 26(b).

*First*, these cases raise important issues, and Southwest and its attorneys would benefit from additional time to best present them for this Court's review. Southwest's merits appeal challenges a jury's finding, after a seven-day trial, that Southwest terminated Carter for violating Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Railway Labor Act (RLA), 45 U.S.C. § 151 *et seq.* Carter's cross-appeal challenges the district court's dismissal of certain of her RLA claims. And Southwest's contempt appeal, which Southwest hopes to address in a single set of enlarged briefs if the Court consolidates the merits and contempt appeals, raises questions regarding the district court's civil-contempt power and Southwest's First Amendment rights. In addition, these cases involve a voluminous record, including a seven-day jury trial and nearly 500 district court docket entries. Additional time will best allow counsel to present the case for the Court's consideration.

*Second*, and relatedly, Southwest's counsel have been addressing and must continue to address several competing deadlines extending from early August into October that will make it difficult for counsel to meet the current briefing deadline in this case. Between now and October 12, counsel must dedicate time to the following deadlines, most of which were set before this Court set the current deadline on August 3, 2023, ECF No. 71:

- August 4, 2023: petition for rehearing and rehearing en banc in *Love v. Vanihel*, No. 21-2406 (7th Cir.) (preexisting deadline, on an extension);

- August 9, 2023: certiorari-stage reply brief in *Verdun, et al. v. City of San Diego, et. al.*, No. 22-943 (U.S.) (preexisting deadline);

- August 23, 2023: merits-stage reply brief due in *Pulsifer v. United States*, No. 22-340 (U.S.) (preexisting deadline, on an extension);

- August 23, 2023: supplemental response brief due in *Norman v. Trans Union LLC*, No. 23-8021 (3d Cir.) (14-day deadline set by Third Circuit on August 9, 2023);

- August 28, 2023: reply in support of motion for stay pending appeal of the contempt order in this case—*i.e.*, Case No. 3:17-cv-2278-X (N.D. Tex.), on appeal in Case No. 23-10836 (5th Cir.);

- September 13, 2023: merits-stage reply brief due in *Culley v. Marshall*, No. 22-585 (U.S.) (preexisting deadline, on an extension);

- September 20, 2023: reply brief due in *Vicente Borja, et al. v. Scott Nago, et al.*, No. 22-16742 (9th Cir.) (on an extension from a preexisting deadline of August 21, 2023);

- September 20, 2023: certiorari-stage brief in opposition due in *Klamath Irrigation District v. United States*, No. 22-1116 (U.S.) (on a second extension);

- September 22, 2023: supplemental reply brief due in *Reed v. Goertz*, No. 19-70022 (5th Cir.) (permission to file supplemental briefs granted May 23, 2023);

- September 25, 2023: opening brief and joint appendix due in *United States v. Johnson*, No. 23-4255 (4th Cir.) (preexisting deadline, on an extension);

- October 2, 2023: oral argument in *Pulsifer*, No. 22-340 (U.S.); and

- October 2, 2023: response brief due in *CSX Transportation, Inc. v. Norfolk Southern Railway Co.*, No. 23-1537 (4th Cir.) (preexisting deadline).

Southwest's counsel have already obtained extensions, as practicable, in the matters listed above, and the Supreme Court set the date for oral argument in *Pulsifer*. Further, counsel have been working diligently in August on litigation in the district court case giving rise to these appeals after the district court held Southwest in contempt. On August 16, Southwest also filed an emergency motion for administrative stay and to stay the court's contempt order pending appeal, Dist. Ct. Docs. 471, 472, and Southwest's counsel expect to need to devote further time to seeking a stay pending appeal from this Court on an expedited basis if the district court denies a stay

pending appeal—the district court's administrative stay expires 30 days from August 17, Dist. Ct. Doc. 473.

*Finally*, undersigned counsel has communicated with counsel for Carter and Local 556 and shared a copy of this motion. Counsel for Local 556 joins in this extension request and reports that counsel has a brief due on September 11, 2023, in *Sapp v. Foxx*, No. 23-2502 (7th Cir.), and that he lost two weeks of work in August due to childcare. Carter's counsel reports that Carter does not oppose the requested extension.

For the foregoing reasons, Southwest respectfully requests that the Court extend the deadline to file its opening brief and record excerpts by 30 days, up to and including October 12, 2023, in the cross-appeals, Case Nos. 23-10008 and 23-10536, as well as the contempt appeal, Case No. 23-10836, if that case is consolidated with the cross-appeals.

Dated: August 24, 2023

Respectfully submitted,

*/s/ Shay Dvoretzky*

Paulo B. McKeeby
Brian K. Morris
REED SMITH LLP
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201

Andrew B. Ryan
RYAN LAW PARTNERS LLP
3811 Turtle Creek Blvd., Ste. 780
Dallas, TX 75219

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Steven Marcus
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellant Southwest Airlines Co.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 1,000 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.


Dated: August 24, 2023          */s/ Shay Dvoretzky*
                                Shay Dvoretzky

                                *Counsel for Defendant-Appellant*
                                 *Southwest Airlines Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: August 24, 2023                    */s/ Shay Dvoretzky*
                                          Shay Dvoretzky

                                          *Counsel for Defendant-Appellant*
                                           *Southwest Airlines Co.*