SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000

FAX: (202) 393-5760

www.skadden.com

DIRECT DIAL
202-371-7037
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 24, 2023

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the
  Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> RE:  *Carter v. Local 556*, Nos. 23-10008, 23-10536, and *Carter v. Southwest Airlines Co.*, No. 23-10836: Southwest Airlines Co.'s unopposed motion to consolidate appeals and partially opposed motion to enlarge the word limits accordingly (ECF No. 74 in Case No. 23-10008).

Dear Mr. Cayce:

On August 21, 2023, Southwest filed an unopposed motion to consolidate appeals and a partially opposed motion to enlarge the default word limits accordingly. ECF No. 74, No. 23-10008. The motions stated that counsel for Southwest had been unable to reach counsel for Defendant-Appellant Local 556, Transport Workers Union of America, to obtain Local 556's position on the motions. Subsequently, on August 23, 2023, counsel for Local 556 responded that Local 556 does not oppose Southwest's motion to consolidate or its motion to enlarge the default word limits for Carter and Southwest to 1.5 times the default word limits in Federal Rule of Appellate Procedure 28.1(e)(2).

Respectfully submitted,

_s/ Shay Dvoretzky_

Shay Dvoretzky

_Counsel for Defendant-Appellant_
_Southwest Airlines Co._

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the fore-going document with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 24, 2023         _s/ Shay Dvoretzky_

Shay Dvoretzky