Nos. 23-10008, 23-10536, and 23-10836

In the

# United States Court of Appeals
### for the Fifth Circuit

CHARLENE CARTER,

    *Plaintiff-Appellee/Cross-Appellant*,

v.

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA;
SOUTHWEST AIRLINES CO.,

    *Defendants-Appellants/Cross-Appellees*.

CHARLENE CARTER,

    *Plaintiff-Appellee*,

v.

SOUTHWEST AIRLINES CO.,

    *Defendant-Appellant*.

On Appeal from the United States District Court for the
Northern District of Texas, No. 3:17-cv-02278-X,
Hon. Brantley Starr, *United States District Judge*

### MOTION FOR HANAA KHAN TO WITHDRAW AS COUNSEL FOR SOUTHWEST AIRLINES CO.

| | |
|---|---|
| Paulo B. McKeeby | Shay Dvoretzky |
| Brian K. Morris |   *Counsel of Record* |
| REED SMITH LLP | Parker Rider-Longmaid |
| 2850 N. Harwood St., Ste. 1500 | Steven Marcus |
| Dallas, TX 75201 | Hanaa Khan |
| | SKADDEN, ARPS, SLATE, |
| Andrew B. Ryan |   MEAGHER & FLOM LLP |
| RYAN LAW PARTNERS LLP | 1440 New York Ave., NW |
| 3811 Turtle Creek Blvd., Ste. 780 | Washington, DC 20005 |
| Dallas, TX 75219 | Telephone: 202-371-7000 |
| | shay.dvoretzky@skadden.com |

*Counsel for Defendant-Appellant Southwest Airlines Co.*

Hanaa Khan hereby moves to withdraw as counsel for Defendant-Appellant Southwest Airlines Co. in this matter. Hanaa Khan is departing Skadden, Arps, Slate, Meagher & Flom LLP to begin employment as a judicial law clerk. The other undersigned counsel will continue to represent Southwest Airlines in this matter. Accordingly, Hanaa Khan respectfully requests that this Court grant her leave to withdraw as counsel.

Dated: September 7, 2023

Respectfully submitted,

*/s/ Hanaa Khan*

Paulo B. McKeeby
Brian K. Morris
REED SMITH LLP
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201

Andrew B. Ryan
RYAN LAW PARTNERS LLP
3811 Turtle Creek Blvd., Ste. 780
Dallas, TX 75219

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Steven Marcus
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellant Southwest Airlines Co.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motions complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 63 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: September 7, 2023               Respectfully submitted,

*/s/ Hanaa Khan*
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
hanaa.khan@skadden.com

*Counsel for Defendant-Appellant
Southwest Airlines Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 7, 2023    Respectfully submitted,

*/s/ Hanaa Khan*
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
hanaa.khan@skadden.com

*Counsel for Defendant-Appellant*
*Southwest Airlines Co.*