# United States Court of Appeals
# for the Fifth Circuit

No. 23-10008
consolidated with
No. 23-10536

Charlene Carter,

*Plaintiff—Appellee/Cross-Appellant*,

versus

Local 556, Transport Workers Union of America; Southwest Airlines Company,

*Defendants—Appellants/Cross-Appellees*,

consolidated with

No. 23-10836

Charlene Carter,

*Plaintiff—Appellee*,

versus

Southwest Airlines Company,

*Defendant—Appellant.*

No. 23-10008

c/w Nos. 23-10536, 23-10836

UNPUBLISHED ORDER

Before Jones, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant/Cross Appellee Southwest Airlines unopposed motion for a temporary administrative stay is GRANTED.