# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-10008    Carter v. Local 556
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Milton L. Chappell
Mr. Shay Dvoretzky
Mr. Matthew Brandon Gilliam
Mr. Adam S. Greenfield
Mr. Matthew D. Hill
Mr. Steven Marcus
Mr. Paulo B. McKeeby
Ms. Karen S. Mitchell
Brian K. Morris
Mr. Bobby G. Pryor
Mr. Parker Andrew Rider-Longmaid
David Watkins