# United States Court of Appeals for the Fifth Circuit

No. 23-10008
consolidated with
No. 23-10536

_____

Charlene Carter,

*Plaintiff—Appellee/Cross-Appellant*,

versus

Local 556, Transport Workers Union of America; Southwest Airlines Company,

*Defendants—Appellants/Cross-Appellees*,

consolidated with

_____

No. 23-10836

_____

Charlene Carter,

*Plaintiff—Appellee*,

versus

Southwest Airlines Company,

*Defendant—Appellant.*

_____

No. 23-10008
c/w Nos. 23-10536, 23-10836

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278

_____

## UNPUBLISHED ORDER

Before Jones, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED that Appellant/Cross-Appellee Southwest Airlines opposed motion to stay the contempt order is CARRIED WITH THE CASES.