# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 2, 2025
Lyle W. Cayce
Clerk

No. 23-10008
CONSOLIDATED WITH
No. 23-10536

---

CHARLENE CARTER,

    *Plaintiff—Appellee/Cross-Appellant*,

*versus*

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA; SOUTHWEST AIRLINES COMPANY,

    *Defendants—Appellants/Cross-Appellees*,

CONSOLIDATED WITH

No. 23-10836

---

CHARLENE CARTER,

    *Plaintiff—Appellee*,

*versus*

SOUTHWEST AIRLINES *Company*,

    *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278

_____

ORDER:

    IT IS ORDERED that the unopposed motion of Southwest Airlines for an extension of time to file response to rehearing en banc, to and including June 23, 2025 is GRANTED.

_____
Edith Brown Clement
*United States Circuit Judge*