# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 14, 2025
Lyle W. Cayce
Clerk

No. 23-10008
CONSOLIDATED WITH
No. 23-10536

---

CHARLENE CARTER,

        *Plaintiff—Appellee/Cross-Appellant*,

*versus*

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA; SOUTHWEST AIRLINES COMPANY,

        *Defendants—Appellants/Cross-Appellees*,

CONSOLIDATED WITH

No. 23-10836

---

CHARLENE CARTER,

        *Plaintiff—Appellee*,

*versus*

SOUTHWEST AIRLINES *Company*,

        *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT